**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05010

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James Michael Manguso and Gwen Manguso<br>Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br><br>James Michael Manguso and Gwen Manguso, Debtors, Stanley J. Kartchner, Trustee.<br><br>Respondents. | No. 4:10-bk-04128-JMM<br><br>Chapter<br><br>ORDER<br><br>(Related to Docket #8) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 8, 2006 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and James Michael Manguso and Gwen Manguso have an interest in, further described as:

> 76, Parcel 24 WEST AT GOLD CANYON, according to Cabinet B of Maps, Slide 152, records of Pinal County, Arizona;
>
> EXCEPT 1/16th of all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizer of every name and description;
>
> TOGETHER WITH all uranium, thorium or any other materials with may be determined by the laws of the United States, or of this State, or decisions of court to be particularly essential to the production of fissionable materials, whether or not of commercial value, and the exclusive right thereto on, in or under the above-described lands shall be, and remain, and are hereby reserved in and retained by the state of Arizona in Docket 1560, page 879.

More correctly described as:

> Lot 76, Parcel 24, WEST AT GOLD CANYON, according to Cabinet B of Maps, Slide 152, records of Pinal County, Arizona;
>
> EXCEPT 1/16th of all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizer of every name and description;
>
> TOGETHER WITH all uranium, thorium or any other materials which may be determined by the laws of the United States, or of this state, or decisions of court to be particularly essential to the production of fissionable materials, whether or not of commercial value, and the exclusive right thereto on, in or under the above-described lands shall be, and remain, and are hereby reserved in and retained by the state of Arizona in Docket 1560, page 879.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.